UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UMAR AHMAD SIDDIQ,

        Plaintiff,                        Case No. 2:04-cv-89

v.                                          Hon. Richard Alan Enslen

R. CHAMPION, et al.,

        Defendants.
                                   /

## ORDER APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 13, 2006, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order is **DENIED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                              /s/Richard Alan Enslen
May 8, 2006                                        Richard Alan Enslen
                                                          Senior United States District Judge