UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UMAR AHMAD SIDDIQ,

        Plaintiff,

                                      Case No. 2:04-cv-89

v.

                                        Hon. Richard Alan Enslen

R. CHAMPION, et al.,

        Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 31, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Dkt. #121 and 138) is **DENIED** for the reason(s) stated in the Report and Recommendation

Dated in Kalamazoo, MI:                /s/Richard Alan Enslen
October 3, 2006                     Richard Alan Enslen
                                  Senior United States District Judge